IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )      8:10CR319
                             )
         v.                  )
                             )
GILBERTO CAMPOS NOLASCO,     )      ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to file under seal (Filing No. 35) and motion to continue sentencing (Filing No. 36). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to file under seal is granted. The objection to presentence investigation report and sentencing memorandum defendant intends to file may be filed under seal.

2) Defendant's motion to continue sentencing is granted. Sentencing is rescheduled for:

**Thursday, February 3, 2011, at 9:30 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant shall have until January 10, 2011, to file objections to the presentence investigation report.

DATED this 22nd day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court